Allen Lichtenstein,
General Counsel ACLU of Nevada
Nevada Bar No. 3992
3315 Russell Road, No. 222
Las Vegas, NV 89120
(702) 433-2666

Staci Pratt
Legal Director ACLU of Nevada
Nevada Bar No.: 12630
601 South Rancho Drive, Ste. B-11
Las Vegas, NV 89106

Joshua A. Block (admitted pro hac vice)
American Civil Liberties Union
125 Broad Street
New York, NY 10004
(212) 549-2593

Leslie Cooper (admitted pro hac vice)
American Civil Liberties Union
125 Broad Street
New York, NY 10004
(212) 549-2593

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, individually and, on behalf of a class of those similarly situated,<br>Plaintiff,<br><br>v.<br><br>ELKO COUNTY, MARK TORVINEN in his official capacity as District Attorney for Elko County,<br><br>Defendant. | Case No.: 3:13-cv-165-LRH-WGC<br><br>STIPULATION TO EXTEND TIME (SECOND REQUEST) |

It is hereby stipulated, on this 10th day of July 2013, by and between Plaintiff and Defendants, by and through their respective undersigned counsel, that the deadline for Plaintiff to respond to Defendants May 24, 2013 Motion to Dismiss [Docket No.: 11] is extended from July 10, 2013 to August 10, 2013, with Defendants Reply Being due on August 24, 2013. The

Stipulation - 1

purpose of this stipulation is to allow the parties sufficient time for ongoing settlement negotiations. One prior request for stipulation for an extension of time has been made.

Dated this 10th day of July, 2013.

Respectfully submitted by:

/s/ Allen Lichtenstein
Allen Lichtenstein,
General Counsel ACLU of Nevada
Nevada Bar No. 3992
3315 Russell Road, No. 222
Las Vegas, NV 89120
(702) 433-2666

Staci Pratt
Legal Director ACLU of Nevada
Nevada Bar No.: 12630
601 South Rancho Drive, Ste. B-11
Las Vegas, NV 89106

Joshua A. Block (admitted pro hac vice)
American Civil Liberties Union
125 Broad Street
New York, NY 10004
(212) 549-2593

Leslie Cooper (admitted pro hac vice)
American Civil Liberties Union
125 Broad Street
New York, NY 10004
(212) 549-2593

*Attorney for Plaintiffs*

/s/ Nick D. Crosby
Nick D. Crosby, Esq.
Marquis and Aurbach
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711

Attorneys for Defendants

## **ORDER**

It is hereby ordered that the deadline for Plaintiffs to respond to Defendants Motion to Dismiss is extended to August 10, 2013, and the County Defendants Reply is now due on August 24, 2013.

Dated this _____ day of _____ 2013

_____
DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation - 3