**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
   Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, individually and, on behalf of a class of those similarly situated,<br><br>           Plaintiff,<br><br>    vs.<br><br>ELKO COUNTY, MARK TORVINEN, in his official capacity as District Attorney for Elko County,<br><br>           Defendant. | Case No.:     3:13-cv-00165-LRH-WGC |

## STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Defendants, Elko County and Mark Torvinen (collectively "Defendants"), by and through their counsel of record, the law firm of Marquis Aurbach Coffing; and Plaintiff, John Doe, by and through his attorney of record, ACLU of Nevada, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED that the deadline for the Defendants' Reply to Motion to Dismiss is extended from August 22, 2013 to September 5, 2013.

IT IS SO STIPULATED this 19th day of August, 2013.

| | |
|---|---|
| */s/ Nick D. Crosby, Esq.*<br>Nick D. Crosby, Esq.<br>Nevada Bar No. 8996<br>MARQUIS & AURBACH<br>10001 Park Run Drive<br>Las Vegas, Nevada  89145<br>Attorney for Defendants | */s/ Staci Pratt, Esq.*<br>Staci Pratt, Esq.<br>Nevada Bar No. 12630<br>Allen Lichtenstein, Esq.<br>Nevada Bar No. 3992<br>ACLU OF NEVADA<br>601 South Rancho Drive, Ste. B-11<br>Las Vegas, Nevada 89106<br>Attorneys for Plaintiff |

MAC:11779-056 2051537_1 8/19/2013 2:03 PM

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada  89145
(702) 382-0711 FAX: (702) 382-5816

**<u>ORDER</u>**

Pursuant to the above-stipulation:

IT IS ORDERED that the deadline for the Defendants' Reply to Motion to Dismiss is extended from August 22, 2013 to September 5, 2013.

IT IS SO ORDERED this ___ day of August, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816