**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
   Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, individually and, on behalf of a class of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELKO COUNTY, MARK TORVINEN, in his official capacity as District Attorney for Elko County,<br><br>Defendant. | Case No.:   3:13-cv-00165-LRH-WGC |

## STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (SECOND REQUEST)

Defendants, Elko County and Mark Torvinen (collectively "Defendants"), by and through their counsel of record, the law firm of Marquis Aurbach Coffing; and Plaintiff, John Doe, by and through his attorney of record, ACLU of Nevada, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED that the deadline for the Defendants' Reply to Motion to Dismiss is extended from September 5, 2013 to September 19, 2013.

IT IS SO STIPULATED this 6th day of September, 2013.

| | |
|---|---|
| */s/ Nick D. Crosby, Esq.* | */s/ Allen Lichtenstein, Esq.* |
| Nick D. Crosby, Esq.<br>Nevada Bar No. 8996<br>MARQUIS & AURBACH<br>10001 Park Run Drive<br>Las Vegas, Nevada  89145<br>Attorney for Defendants | Staci Pratt, Esq.<br>Nevada Bar No. 12630<br>Allen Lichtenstein, Esq.<br>Nevada Bar No. 3992<br>ACLU OF NEVADA<br>601 South Rancho Drive, Ste. B-11<br>Las Vegas, Nevada 89106<br>Attorneys for Plaintiff |

Page 1 of 2

MAC:11779-056 2064219_1 9/6/2013 3:11 PM

**ORDER**

Pursuant to the above-stipulation:

IT IS ORDERED that the deadline for the Defendants' Reply to Motion to Dismiss is extended from September 5, 2013 to September 19, 2013.

IT IS SO ORDERED this ___ day of September, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

MAC:11779-056 2064219_1 9/6/2013 3:11 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816